# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re ZUMIEZ INC. SECURITIES LITIGATION  **JUDGMENT IN A CIVIL CASE**

Case No. C07-1980-JCC

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (Dkt. No. 53), the case is DISMISSED with prejudice and without costs.

Dated this 31th day of March, 2009.

BRUCE RIFKIN
Clerk

*/s/ V. Perez*
Deputy Clerk